06-CV-01269-ORD

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY L. WOOD,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:06-cv-1269-MJP-JPD<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further consider Plaintiff's alleged musculoskeletal and headache impairments; the ALJ will further evaluate Plaintiff's physical and mental impairments and the opinions of treating and examining sources; the ALJ will consider Plaintiff's impairments in combination at the appropriate steps in the sequential

Page 1     ORDER- [2:06-cv-1269-MJP-JPD]

evaluation process; the ALJ will further consider the opinions of Vernon Hall, D.O. (Tr. 198-202), and Allan G. Fitz, Ph.D. (Tr. 204-208); the ALJ will further evaluate Plaintiff's credibility; the ALJ will further consider Plaintiff's residual functional capacity; the ALJ will obtain additional vocational expert testimony; and on remand, this case will be assigned to a different ALJ, other than ALJ Edward Nichols, pursuant to the provisions of Hallex I-2-155(D)(11)(a).

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this __13__ day of __March__, 2007.

MARSHA J. PECHMAN
United States District Judge

Recommended for Entry
this 8th day of March, 2007.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2113
Fax:    206-615-2531
daphne.banay@ssa.gov

Page 2     ORDER- [2:06-cv-1269-MJP-JPD]